# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:12-cr-00026-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SCOTT ALLAN BURSON, a/k/a ) | |
| "SCOTT ALLAN PASTOR." ) | |

**THIS MATTER** is before the Court on the Government's Motion to Disclose Alibi Defense [Doc. 26].

Following the filing of the Government's Motion, the Defendant filed a Notice of Alibi Defense [Doc. 30]. Accordingly, the Government's Motion is moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Disclose Alibi Defense [Doc. 26] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: May 22, 2013

Martin Reidinger
United States District Judge