# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:12-cr-00026-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **JUDGMENT OF** |
| ) | **ACQUITTAL** |
| ) | |
| SCOTT ALLAN BURSON, a/k/a ) | |
| "SCOTT ALLAN PASTOR." ) | |
| _____ ) | |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was duly empaneled and answered the following issue as follows:

1. As to the charge contained in Count One of the Bill of Indictment, do you the jury unanimously find the Defendant **SCOTT ALLAN BURSON**:

   Answer: **NOT GUILTY**

2. As to the charge contained in Count Two of the Bill of Indictment, do you the jury unanimously find the Defendant **SCOTT ALLAN BURSON**:

   Answer: **NOT GUILTY**

Based on the foregoing facts as found by the jury,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant Scott Allan Burson is hereby **ACQUITTED** and **DISCHARGED** as to Counts One and Two of the Bill of Indictment, and any bond is hereby **EXONERATED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Government's Motion to Dismiss Count Three of the Bill of Indictment [Doc. 37] is **GRANTED**, and it having been made after the jury was empaneled in this matter, Count Three of the Bill of Indictment is hereby **DISMISSED WITH PREJUDICE**.

Signed: June 10, 2013

Martin Reidinger
United States District Judge